**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

KATHLEEN J. SHERMAN,

            Respondent

            v.

WILLIAM E. SHERMAN,

            Petitioner

: No. 117 WM 2018
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of October, 2018, the Application for Leave to File Supplement is GRANTED.

    The Application for Extraordinary Relief is DENIED, WITHOUT PREJUDICE to seek similar relief in the Court of Common Pleas of Jefferson County. *See* Pa.R.J.A. 701.